UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TUSHAR,

　　　　　　Petitioner,

　　v.

WARDEN, CALIFORNIA CITY
DETENTION FACILITY,

　　　　　　Respondent.

Case No.　1:26-cv-4011-TLN-JDP

(A# 245-134-616)

**ORDER**

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 11.)  Neither party has filed objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed June 17, 2026 (ECF No. 11) are adopted in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED without prejudice.  If Respondents do not act swiftly to lawfully effect Petitioner's removal to Uganda, Petitioner may file a subsequent Petition for Writ of Habeas Corpus to challenge his prolonged detention.  *See Zadvydas v. Davis,* 533 U.S. 678, 701 (2001) ("as the period of prior postremoval confinement grows, what counts as the 'reasonably foreseeable future' conversely would have to shrink.")

3. The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Date: July 2, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2