UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUSHAR,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, et al.,<br>Respondents. | No. 1:26-cv-04011-TLN-JDP<br><br>**ORDER RELATING CASES, REFERRING TO MAGISTRATE JUDGE, AND PROHIBITING TRANSFER OF PETITIONER** |
| TUSHAR,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, et al.<br>Respondents. | No. 1:26-cv-05606-DJC-CSK |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of

this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED:

1. The action denominated 1:26-cv-05606-DJC-CSK is reassigned to District Judge Troy L. Nunley and Magistrate Judge Jeremy D. Peterson, and the caption shall read 1:26-cv-05606-TLN-JDP. Any dates currently set in 1:26-cv-05606-DJC-CSK are hereby VACATED.
2. Case No. 1:26-cv-05606-TLN-JDP is referred to the assigned Magistrate Judge Jeremy D. Peterson for further proceedings pursuant to Local Rule 302 and 28 U.S.C. § 636(b)(1)(B).
3. Pending the Court's ruling on the Petition for Writ of Habeas Corpus, Respondents shall not transfer Petitioner out of this District. *See* 28 U.S.C. § 1651(a) (establishing the All Writs Act empowering federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions"); *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (noting federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

IT IS SO ORDERED.

DATED: July 22, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE